# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | 6:22-MJ-174-MK |
| | ) | |
| CODY HUCKABY | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **July 6-July 30, 2022** in the county of **DESCHUTES** in the
_____ District of **Oregon** , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) and 846 | Possession with Intent to Distribute Methamphetamine and Conspiracy to do the same |
| 18 U.S.C. § 924(c)(1)(A)(i) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime |

This criminal complaint is based on these facts:

Please see the affidavit of DEA Special Agent Michael Aguilar, which is attached hereto and incorporated herein by this reference.

☑ Continued on the attached sheet.

/s/ Michael Aguilar per rule 4.1
*Complainant's signature*

Michael Aguilar, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **September 30, 2022**

*Judge's signature*

City and state: **Eugene, Oregon** — Mustafa T. Kasubhai, U.S. Magistrate Judge
*Printed name and title*