UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 6:25-CR-00120-MC |
| v. | **INFORMATION** |
| **CODY HUCKABY,** | 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846 18 U.S.C. § 912 |
| Defendant. | **Forfeiture Allegation** |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT 1**</u>
**(Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl and Methamphetamine)**
**(21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846)**

Beginning on or about July 6, 2022 and continuing to on or about July 30, 2022, in the District of Oregon and elsewhere, defendant **CODY HUCKABY** did unlawfully and knowingly combine, conspire, confederate and agree with others both known and unknown, to distribute, and possess with intent to distribute fentanyl and methamphetamine, Schedule II controlled substances;

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and 846.

/ / /

/ / /

**Information**                                                   **Page 1**

## COUNT 2
### (False Personation of an Officer of the United States)
### (18 U.S.C. § 912)

On or about July 18, 2022, in the District of Oregon, defendant **CODY HUCKABY**, did falsely assume and pretend to be an officer and employee of the United States acting under authority thereof, that is a United States Marshal, and in such assumed and pretended character with intent to defraud did falsely demand a thing of value, in that he demanded on behalf of the United States an Apple iPhone,

In violation of Title 18, United States Code, Section 912.

## FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant **CODY HUCKABY** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: March 26, 2025

Respectfully submitted,

WILLIAM M. NARUS
Acting United States Attorney


s/ *Adam E. Delph*
ADAM E. DELPH
Assistant United States Attorney